1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9   KEVIN BARTHOLOMEW,

10              Plaintiff,                    No. CIV S-08-3058 MCE KJM P

11        vs.

12   CLIFF LANE, et al.,

13              Defendants.                   <u>ORDER</u>

14   _____/

15        Plaintiff has filed a request for reconsideration of the magistrate judge's order

16   filed September 24, 2010, denying his motion for an order directing defendants to provide him

17   with a copy of his deposition.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders

18   shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the

19   court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or

20   contrary to law.

21        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of

22   the magistrate judge filed September 24, 2010, is affirmed.

23   Dated:  December 9, 2010

24                                      _____

25                                      MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE
26