UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEVIN BARTHOLOMEW,                        No. 2:08-CV-3058 KJM CKD P

        Plaintiff,                        ORDER REQUIRING MEET AND CONFER
                                    AND SETTING STATUS CONFERENCE

      v.

TERRY MOORE,

        Defendant.
_____/

      This case is set for a settlement conference on July 13, 2012. The parties are ORDERED to meet and confer telephonically to discuss settlement of this case.  Defense counsel shall arrange for that telephonic meeting.  The legal representative of the CDCR must be present at the telephonic meeting.

      The matter is HEREBY SET for a telephonic status conference on July 5, 2012, at 2:45 p.m.. The parties shall dial 888-684-8852, enter access code 1868782 and security code 7416.  At the status conference, the parties shall report on the outcome of their meeting regarding settlement.

      Confidential settlement conference statements shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by  chambers no later than two weeks prior to the settlement conference.  The parties shall report the outcome of their meeting regarding settlement in their confidential settlement statements.

Dated:  June 13, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                FOR THE NORTHERN DISTRICT OF CALIFORNIA

6                              EUREKA DIVISION

7

8   KEVIN BARTHOLOMEW,                    No.2:08-CV-3058  KJM CKD (NJV)

9              Plaintiff,
                                          **CERTIFICATE OF SERVICE**
10  v.

11  TERRY MOORE, et al,

12             Defendants.
                                    /
13  _____

14        I, the undersigned, hereby certify that on June 13, 2012, I served a true and correct copy of

15  the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below,

16  by depositing said envelope in the U.S. Mail.

17

18

19  Kevin Bartholomew
    D-13674
20  CSP-SOL
    California State Prison-Solano
21  PO Box 4000
    Vacaville, CA 95696

22

23

24  Dated:  June 13, 2012

25

26                    /s/  _Linn Van Meter_
                           Linn Van Meter
27                    Administrative Law Clerk to the
                       Honorable Nandor J. Vadas

28