UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BARTHOLOMEW, | No. 2:08-CV-3058 KJM CKD P |
| Plaintiff, | ORDER REQUIRING MEET AND CONFER AND SETTING STATUS CONFERENCE |
| v. | |
| TERRY MOORE, | |
| Defendant. | |

This case is set for a settlement conference on July 13, 2012. The parties are ORDERED to meet and confer telephonically to discuss settlement of this case. Defense counsel shall arrange for that telephonic meeting. The legal representative of the CDCR must be present at the telephonic meeting.

The matter is HEREBY SET for a telephonic status conference on July 5, 2012, at 2:45 p.m.. The parties shall dial 888-684-8852, enter access code 1868782 and security code 7416. At the status conference, the parties shall report on the outcome of their meeting regarding settlement.

Confidential settlement conference statements shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by chambers no later than two weeks prior to the settlement conference. The parties shall report the outcome of their meeting regarding settlement in their confidential settlement statements.

Dated: June 13, 2012

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

KEVIN BARTHOLOMEW,

    Plaintiff,

v.

TERRY MOORE, et al,

    Defendants.
_____/

No. 2:08-CV-3058 KJM CKD (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on June 13, 2012, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Kevin Bartholomew
D-13674
CSP-SOL
California State Prison-Solano
PO Box 4000
Vacaville, CA 95696

Dated: June 13, 2012

          /s/ *Linn Van Meter*
          Linn Van Meter
          Administrative Law Clerk to the
          Honorable Nandor J. Vadas

2