1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEVIN BARTHOLOMEW,

11          Plaintiff,                    No. 2:08-cv-3058 KJM CKD P

12       vs.

13   TERRY MOORE, et al.,

14          Defendants.              ORDER

15   _____/

16          A review of the court's docket reveals the parties have reached a settlement

17   agreement.  Good cause appearing, IT IS HEREBY ORDERED that the parties file their

18   stipulation of dismissal, or a request for an extension of time to do so, no later than November 1,

19   2012.  Failure to comply with this order will result in dismissal of this action under Federal Rule

20   of Civil Procedure 41(b).

21    Dated: August 23, 2012

22                                            _____

23                                            CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

24

25

26
     1
     bart3058.57