IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN BARTHOLOMEW,

    Plaintiff,   No. 2:08-cv-3058 KJM CKD P

    vs.

TERRY MOORE, et al.,

    Defendants.   ORDER
_____/

    A review of the court's docket reveals the parties have reached a settlement agreement. Good cause appearing, IT IS HEREBY ORDERED that the parties file their stipulation of dismissal, or a request for an extension of time to do so, no later than November 1, 2012. Failure to comply with this order will result in dismissal of this action under Federal Rule of Civil Procedure 41(b).

Dated: August 23, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bart3058.57