IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN BARTHOLOMEW,

      Plaintiff,                      No. 2:08-cv-3058 KJM CKD P

     vs.

TERRY MOORE, et al.,

      Defendants.             <u>ORDER</u>

_____/

      A review of the court's docket reveals there are two motions in limine pending as well as a motion to bifurcate the issue of punitive damages at trial. Because the parties reached a settlement agreement on August 8, 2012, all three motions (Dkt. Nos. 50-52) are denied without prejudice to renewal if this matter is rescheduled for trial.

Dated: December 20, 2012

                                                   CAROLYN K. DELANEY
                                                   UNITED STATES MAGISTRATE JUDGE

1
bart3058.trm