**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

Attorneys for defendants
LANE and CHESER

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KEVIN BARTHOLOMEW, | ) | CASE NO: 2:08-cv-03058-KJM-CKD P |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | ) | |
| TERRY MOORE, et al, | ) ) | |
| Defendants. | ) ) | |

The parties to this action hereby stipulate to the dismissal of the entire action with prejudice, each side to bear its own costs and attorneys fees.

Dated: 8/12/12        /s/ "Kevin Bartholomew" (original signature retained by counsel)
                              KEVIN BARTHOLOMEW
                              Plaintiff in Pro Se

Dated: 9/5/12              WILLIAMS & ASSOCIATES

                                   /s/ Kathleen J. Williams
                              KATHLEEN J. WILLIAMS, CSB 127021
                              Attorneys for defendants LANE and CHESER

////
////
////
////
////
////
////

*Bartholomew v Lane et al* [2:08-cv-3058] Stipulation and Order to Dismiss        Page 1

1  **IT IS SO ORDERED.**

2   Dated: January 2, 2013

3

4  _____
   CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  *Bartholomew v Lane et al* [2:08-cv-3058] Stipulation and Order to Dismiss                                        Page 2